Linda W. Lau (CA State Bar No. 135064)
Tina Bay (CA State Bar No. 229398)
Law Offices of Linda W. Lau
350 South Figueroa St., Suite 760
Los Angeles, CA  90071
Tel.:  213-830-9933
Fax:   213-830-9930
Linda@LindaLau.net



**FILED**

DEC 2 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| Wen-Cheng Hsiung<br>Chia Hui Tang<br>Pei Yu Hsiung<br>Yueh Ling Hsiung,<br><br>     Plaintiffs,<br><br>  vs.<br><br>ROBERT S. MUELLER, III, Director,<br>Federal Bureau of Investigation;<br>GERARD HEINAUER, Acting Director,<br>Nebraska Service Center, USCIS;<br>EMILIO T. GONZALEZ, Director,<br>USCIS;<br>PAUL PIERRE, District Director,<br>USCIS;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>MICHAEL MUKASEY, Attorney General,<br>Department of Justice<br><br>     Defendants. | **Civil Action No.**<br>**'07 CV 2418 BTM JMA**<br><br>**COMPLAINT FOR**<br>**MANDAMUS**<br><br>**Immigration Case**<br><br>**USCIS Agency Nos.:**<br><br>**A99 876 156**<br>**A99 876 157**<br>**A99 876 158**<br>**A99 876 159** |

*Hsiung v. Mueller*
COMPLAINT FOR MANDAMUS- 1

# COMPLAINT FOR MANDAMUS

## I.   INTRODUCTION

This action is brought by Plaintiffs to compel Defendants to process the necessary background checks and adjudicate Plaintiffs' applications for Adjustment of Status (Forms I-485).

Plaintiffs' employment-based applications were filed on November 3, 2006 with the United States Citizenship and Immigration Service ("USCIS"), Nebraska Service Center. The latest information posted on the Nebraska Service Center's website on November 14, 2007, indicates that the Center has completed processing employment-based adjustment applications that were filed on April 14, 2007 (i.e., cases that were filed over five and a half months after Plaintiffs' applications).

Plaintiffs have made numerous inquiries regarding the status of their applications. However, at all times, Plaintiffs have been informed by USCIS that their background checks have not yet been completed. Due to Defendants' failure to complete the background checks and adjudicate the Forms I-485, the applications remain pending at the Nebraska Service Center.

## II.  PARTIES

1.    Plaintiff,   Wen-Cheng   Hsiung's   employer,   Science Applications  International  Corporation,  filed  an  Immigrant Petition  for  Alien  Worker,  Form  I-140,  seeking  to  classify Plaintiff   as   a   Member   of   the   Professions   holding   an Advanced Degree.   The said Petition was approved.   Based on the approved petition, Plaintiff Wen-Cheng Hsiung filed an Application for Adjustment of Status (Form I-485) which is currently  pending.    Plaintiff  is  therefore  in  the  United States  as  an  applicant  for  adjustment  of  status  to  lawful permanent  residence  (I-485  pending  status).    He  resides  in San  Diego,  California,  and  has  a  spouse  and  two  daughters, all  of  whom  have  applied  with  the  Plaintiff  for  Adjustment of Status.

2.    Plaintiff  Chia  Hui  Tang,  is  the  wife  of  Plaintiff Wen-Cheng  Hsiung.    A  copy  of  the  Marriage  Certificate  and English   translation   is   enclosed   verifying   the   mentioned relationship.    **(Exhibit  1)**    Ms.  Tang  is  currently  an applicant  for  adjustment  of  status  to  lawful  permanent residence.    Her  application  to  adjust  status  (Form  I-485) was  filed  as  a  derivative  applicant  based  on  her  husband, Plaintiff  Wen-Cheng  Hsiung's  application.    Ms.  Tang  also resides in San Diego with her husband and two daughters.

3.    Plaintiffs  Pei  Yu  Hsiung  and  Yueh  Ling  Hsiung  are the  daughters  of  Plaintiffs  Wen-Cheng  Hsiung  and  Chia  Hui Tang.    A  copy  of  the  Household  Certificate  from  Taiwan  and the  English  translation  is  enclosed  verifying  that  Pei  Yu

1   Hsiung and Yueh Ling Hsiung are daughters of Plaintiff Wen-
2   Cheng Hsiung.    **(Exhibit 2)**    The mentioned daughters are
3   also derivate applicants for adjustment of status to lawful
4   permanent residence based on their father, Wen-Cheng
5   Hsiung's, application.    Both Pei Yu Hsiung and Yueh Ling
6   Hsiung reside with their parents in San Diego, California.
7
8       4.   Defendant Robert S. Mueller, III is sued in his
9   official capacity as the Director of the Federal Bureau of
10  Investigation ("FBI").   He is responsible for conducting
11  both criminal record checks and the National Name Check
12  Program ("NNCP").   The NNCP disseminates information from
13  the FBI's Central Records System in response to requests
14  submitted by federal agencies, including USCIS.
15
16      5.   Defendant Gerard Heinauer is sued in his official
17  capacity as the Acting Director of the Nebraska Service
18  Center of the United States Citizenship and Immigration
19  Services ("USCIS"), an agency within the Department of
20  Homeland Security ("DHS"), which is charged by law with the
21  duty of adjudicating I-485 applications for adjustment of
22  status to lawful permanent residence for persons and
23  immediate family members of those whose Immigrant Petitions
24  have been approved.
25
26      6.   Defendant Emilio T. Gonzalez is sued in his
27  official capacity as the Director of the United States
28  Citizenship and Immigration Services, an agency within the
    Department of Homeland Security, which is charged by law

1  with the duty of adjudicating I-485 applications for
2  adjustment of status to lawful permanent residence for
3  persons and their immediate family members who have an
4  approved Immigrant Petition.

6      7. Defendant Paul Pierre is sued in his official
7  capacity as the District Director of the San Diego District
8  of the United States Citizenship and Immigration Services,
9  an agency within the Department of Homeland Security. In
10 his capacity as District Director, Mr. Pierre administers
11 the immigration laws on behalf of the Secretary of the
12 Department of Homeland Security in the State of California.
13 Pursuant to 8 C.F.R. §310.2, Mr. Pierre has decision-making
14 authority with respect to matters alleged in this
15 complaint, whose immigration case is in the control of the
16 San Diego District Office.

18     8. Defendant Michael Chertoff is sued in his official
19 capacity as the Secretary of Homeland Security. In this
20 capacity, he has responsibility for the administration and
21 enforcement of the immigration laws pursuant to 8 U.S.C. §
22 1103(a), including the accurate, efficient and secure
23 processing of immigration benefits.

25     9. Defendant Michael Mukasey is sued in his official
26 capacity as the Attorney General of the United States and
27 is charged with the authority and duty to direct, manage
28 and supervise all employees and all files and records of
   the Department of Justice, including the security checks

required to obtain an immigration benefit such as adjustment of status to lawful permanent residence.

### III. JURISDICTION

10. This is a civil action brought pursuant to 28 U.S.C. §§ 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiffs, by which jurisdiction is conferred, to compel Defendants to perform duties owed to Plaintiffs.

11. Jurisdiction is also conferred by 5 U.S.C. § 704. Plaintiffs are aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Courts. 5 U.S.C. § 702 *et seq.*

12. The court's aid is invoked under 28 U.S.C. §§ 2201 and 2202, authorizing a declaratory judgment.

13. Costs and attorneys fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. § 504, and 28 U.S.C. § 2412(d), *et seq.*

### IV. VENUE

14. Venue is proper in San Diego, California and the Southern District of California since Plaintiffs reside in San Diego.

## V.    EXHAUSTION OF REMEDIES

15.    Plaintiffs have exhausted their administrative remedies.    Plaintiffs and their attorney have made numerous inquiries concerning the status of their I-485 applications.    However, Defendants have still failed to complete the required background checks and have not yet adjudicated Plaintiffs' applications.    Plaintiffs have no other adequate remedy available for the harm they seek to redress, namely, Defendants failure to adjudicate their applications for adjustment of status to permanent residence in a timely manner.

## VI.    REMEDY SOUGHT

16.    Plaintiffs seek to have the Court compel Defendant Mueller to conduct a criminal record check and security/name check and issue the results within 30 days.

17.    Plaintiffs seek to have the Court compel Defendants Heinauer and Mukasey to promptly adjudicate their pending I-485 applications upon receipt of the required background checks.

## VII.    CAUSE OF ACTION

18.    Plaintiff Wen-Cheng Hsiung is a citizen of Taiwan. He last entered the United States on September 30, 2004, and has been working for Science Applications International Corporation - an information technology and science and engineering company - in San Diego, California, as a

Systems Engineer in H-1B status.  H-1B employees are aliens who are authorized to work in the U.S. in a specialty occupation for a temporary period of time not to exceed six years.  A copy of Plaintiff's H-1B Approval Notice showing a validity date until July 19, 2009 along with copies of Plaintiff's passport biographical page, visa and I-94 form are attached.  **(Exhibit 3)**  Plaintiff's wife, Chia Hui Tang, and daughters, Pei Yu Hsiung and Yueh Ling Hsiung joined Wen-Cheng Hsiung in the United States and stayed with him in H-4 status. Copies of the biographical pages, Visas and I-94 forms of Plaintiff's immediate family members are attached.  **(Exhibit 4)**

19.    On August 30, 2006, Plaintiff's employer, Science Applications International Corporation, filed an Application for Permanent Employment Certification – a "labor certification application" (ETA Form 9089) - with the U.S. Department of Labor pursuant to 20 CFR 656.24 to seek Plaintiff's services as an employee on a permanent basis.  This is the first step that an employer must take to obtain permanent residency for an alien and employ a foreign national permanently in the United States.   The said application was certified by the U.S. Department of Labor on September 5, 2006.  A copy of the certification notice from the U.S Department of Labor is attached. **(Exhibit 5)**

20.    Based on the approved labor certification application, Science Applications International Corporation

filed an Immigrant Petition for Alien Worker (Form I-140) with USCIS on November 3, 2006 seeking to classify Plaintiff Wen-Cheng Hsiung as a Member of the Professions holding an Advanced Degree. The said Petition was approved on November 6, 2006. A copy the I-140 Approval Notice is attached. **(Exhibit 6)**

21. Plaintiff Wen-Cheng Hsiung also filed an Application to Adjust to Permanent Resident Status (Form I-485) pursuant to 8 U.S.C. § 1158(b) concurrently with the I-140 Form filed by Science Applications International Corporation. The said application was received by the Nebraska Service Center on November 3, 2006. A copy of the I-485 Receipt Notice (Receipt Number LIN-07-026-50404) pertaining to Plaintiff Wen-Cheng Hsiung is attached. **(Exhibit 7)**

22. Plaintiff Wen-Cheng Hsiung's wife, Chia Hui Tang, and two daughters, Pei Yu Hsiung and Yueh Ling Hsiung also filed Applications to Adjust to Permanent Resident Status with the Nebraska Service Center as derivative applicants based on their family relationship to Plaintiff Wen-Cheng Hsiung. Copies of their I-485 Receipt Notices are also attached evidencing that their applications were received by the Nebraska Service Center on November 3, 2006, that Ms. Tang's Receipt Number is LIN-07-026-50415, and that the Receipt Numbers for the applications of Pei Yu Hsiung and Yueh Ling Hsiung are LIN-07-026-50428 and LIN-07-026-50435 respectively. **(Exhibit 8)**

1

2   23.    The  latest  information  posted  on  the  Nebraska

3   Service  Center's  website  shows  that  as  of  November  14,

4   2007,  the  Center  has  completed  processing  I-485  employment-

5   based  applications  filed  on  April  14,  2007.   Please  see  the

6   enclosed  printout  from  USCIS'  website  titled  "Nebraska

7   Service  Center  Processing  Dates."   **(Exhibit 9)**.  Since  the

8   applications  of  Plaintiff  Wen-Cheng  Hsiung  and  his  family

9   members  were  filed  on  November  3,  2006,  it  is  evident  that

10  their  applications  should  have  been  processed  and

11  adjudicated  over  five  months  ago.

12

13  24.    Plaintiffs  believe  that  Defendants  have  a  non-

14  discretionary  duty  to  complete  the  processing  of  their

15  applications  for  permanent  residence  in  a  reasonable  time.

16  However,  Defendants  have  failed  to  process  Plaintiffs

17  applications  in  a  timely  manner.

18

19  25.    Plaintiffs  have  made  numerous  inquiries  into  their

20  case's  status.   However,  Plaintiffs  have  repeatedly  been

21  informed  by  USCIS  that  their  cases  are  pending  since

22  background  checks  have  not  yet  been  done.   However,

23  plaintiffs'  fingerprints  were  taken  on  January  3,  2007  and,

24  therefore,  Defendants  have  had  ample  time  to  conduct  the

25  necessary  background  checks.   Copies  of  the  Application

26  Support  Center's  Appointment  Notices  are  attached.

27  **(Exhibit 10)**   Based  on  information  and  belief,  Plaintiffs

28  allege  that  the  FBI  completes  98  to  99%  of  its  name  check

*Hsiung v. Mueller*
COMPLAINT FOR MANDAMUS- 10

1  requests within 120 days.    Therefore, Defendants should
2  have completed the necessary background checks by now.
3

4  26.    Plaintiffs realize that criminal background checks
5  and  security/name  check  clearances  are  crucial  and
6  important procedures that must be completed by the FBI, and
7  that  such  steps  are  required  for  all  applicants  for
8  adjustment  of  status.    However,  given  that  Plaintiffs'
9  fingerprints were taken on January 3, 2007 (over 11 months
10  ago), their background checks and related clearances should
11  have  been  completed  some  time  ago.    It  is  critical  to
12  Plaintiffs to have their legal status in the United States
13  resolved since this will have an immediate and significant
14  impact on their lives.  Plaintiff Wen-Cheng Hsiung will not
15  be considered for important job promotions and will not be
16  eligible  to  work  for  his  employer  on  major  projects
17  overseas unless he has attained legal permanent resident
18  status  in  the  U.S.    Further,  Plaintiffs  are  hesitant  to
19  establish  deeper  roots,  undertake  important  financial
20  investments,  and  transfer  all  their  property  and  funds  to
21  the U.S. unless the issue of their status is adjudicated.
22  Since  Defendants  have  failed  to  process  Plaintiffs'
23  applications  for  over  five  months  beyond  the  normal
24  processing timeline and as, unfortunately, it is not
25  uncommon for Defendants to set aside cases that have not
26  been processed within the normal timeframe – sometimes for
27  several  years  -  Plaintiffs  believe  that  Defendants  will
28  continue  to  leave  their  cases  unadjudicated  for  a
   considerable period unless this Court orders Defendants to

*Hsiung v. Mueller*
COMPLAINT FOR MANDAMUS- 11

complete the name check/security investigation within a reasonable time period. Plaintiffs believe that there is no legal basis for Defendants to fail to review Plaintiffs' cases.

27. In violation of the Administrative Procedures Act, 5 U.S.C. § 701 et seq., Defendants are unlawfully withholding or unreasonably delaying action on Plaintiffs' applications, and Defendants have failed to carry out the adjudicative functions delegated to them by law.

## VIII.    PRAYER

28. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that Defendants be cited to appear herein, and that, upon due consideration, the Court enter an order:

(a) Requiring Defendant Mueller to process Plaintiffs' criminal record check and name check/security clearance within 30 days;

(b) Requiring Defendant Heinauer to immediately follow-up with the FBI if the criminal record check and name check clearances are not received within 30 days;

(c) Requiring Defendant Heinauer to adjudicate Plaintiffs' I-485 applications within 30 days of the receipt of the results of the criminal background check and security/name check clearance;

(d) Awarding Plaintiffs' reasonable attorney's fees and costs of Court; and

1    (e) Granting such other relief at law and in equity as

2    justice may require.

3

4    Dated: __12/22/2007__ Respectfully submitted,

5

6

7                         Linda W. Lau (California Bar # 135064)
                          Tina Bay (California Bar # 229398)
8                         Law Offices of Linda W. Lau

9                         Attorneys for Plaintiffs

10                        By: _____

11                        Linda W. Lau

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# TABLE OF CONTENTS

2
3
4
5
6

Exhibit 1          Marriage Certificate and English
translation verifying the relationship
between Plaintiffs Wen-Cheng Hsiung and
Chia Hui Tang

7
8
9
10
11
12

Exhibit 2          Household Certificate along with English
translation verifying that Plaintiffs
Pei-Yu Hsiung and Yueh-Ling Hsiung are
daughters of Plaintiffs Wen-Cheng Hsiung
and Chia Hui Tang

13
14
15
16

Exhibit 3          Copies of Plaintiff Wen-Cheng Hsiung's H-
1B Approval Notice, Visa page and I-94
form

17
18
19
20

Exhibit 4          Copies of the biographical pages, visas
and I-94 forms of Plaintiffs, Chia Hui
Tang, Pei Yu Hsiung, and Yueh Ling Hsiung

21
22
23
24

Exhibit 5          Copy of the Certified Labor Certification
Notice issued by the U.S. Department of
Labor

25
26
27
28

Exhibit 6          Copy of the Approval Notice (Form I-797)
pertaining to the Immigrant Petition for
Alien Worker (Form I-140) that was filed
by Science Applications International

# EXHIBIT  1

## MARRIAGE CERTIFICATE

Date:   March 26, 1963

THIS IS TO CERTIFY THAT:

HSIUNG, WEN-CHENG, whose lineage is from Nan Chang Hsien, Jiangxi Province, China, 25 years of age, born on April 10, 1958

And

TANG, CHIA-HUI, whose lineage is from Tung Lai, Shantung Province, China, 24 years of age, born on April 10, 1959

Joined together in the ceremony on the 26th day of March 1983 at 6:00 p.m. in Kaohsiung City, Taiwan, R.O.C.

They have been introduced to each other by Mr. HSU, CHUNG-KUO and Mr. CHEN, SHIH-CHIEH and the wedding ceremony was presided by Mr. CHU, HSIAO-CHI. These two parties are now united forever in harmony by the matrimony on this auspicious day in taking the oath of mutual fidelity throughout their lives. This certificate is hereby recorded.

Sealed by:

| | | |
|---|---|---|
| Bridegroom | : | HSIUNG, WEN-CHENG |
| Bride | : | TANG, CHIA-HUI |
| Masters of Wedding | : | HSIUNG, SHENG-SAN |
| | | TANG, HSIU-LING |
| Witness of Wedding | : | CHU, HSIAO-CHI |
| Matchmakers | : | HSU, CHUNG-KUO |
| | | CHEN, SHIH-CHIEH |

---

### Affidavit of Translation

State of California          )
                             )     S.S.
County of Los Angeles        )

I, being duly sworn, declare that I am familiar with the Chinese and English languages, that I made the preceding translation, and that the said translation is to the best of my knowledge a true and correct translation.

Dated:  October 27, 2006

_____
Elaine Sy



# EXHIBIT  2

# 中外翻譯企業股份有限公司
# UNIVERSE TRANSLATION SERVICE CORP.

高雄市801前金一街19號5樓（企業家華廈）
電話：（07)2513955
傳真：（07)2810488

5F, No. 19, Chien-chin 1st St.,
Kaohsiung 801, Taiwan, R.O.C.
Tel (07) 2513955
Fax (07) 2810488

TRANSLATION

| Household No.: E4881346 | HOUSEHOLD CERTIFICATE | | | | |
|---|---|---|---|---|---|
| Administrative District and Address | 6F, No. 64, Hua Ning Rd., Lin 20, Yu Feng Li, Ku Shan Dist., Kaohsiung City, Taiwan, R.O.C. | | | | |
| Changes of Head of Household and Movements of Whole Movement | Moved in from 18F, No. 40, Kuo Feng St., Lin 11, Kuo Hui Li, Tsoying Dist., Kaohsiung City on February 3, 1995. Changed address from 3F-2, No. 3, Alley 1, Lane 1991, Chiu Ju 4th Rd., Lin 14, Hsiung Feng Li on December 26, 1995. | | | | |
| Relationship: Head of household | Name 熊文正 | HSIUNG, WEN-CHENG | | Remarks | I.D. Card was issued in 1986 The household was revised in 1997. |
| | Order of Birth | 1st male | | | |
| | Date of Birth | April 10, 1958 | I.D. Card No. | E120495742 | |
| | Father | HSIUNG, SHENG-SAN | | | |
| | Mother | HSIUNG, FANG PING-CHEN | | | |
| | Spouse | TANG, CHIA-HUI | | | |
| | Birthplace | Kaohsiung City, Taiwan, R.O.C. | | | |
| Relationship: Wife | Name 唐家慧 | TANG, CHIA-HUI | | Remarks | I.D. Card was issued in 1986. The household was revised in 1997. |
| | Order of Birth | 2nd female | | | |
| | Date of Birth | April 10, 1959 | I.D. Card No. | E220173270 | |
| | Father | TANG, HSIU-LING | | | |
| | Mother | TANG, KAO JUI-HSIA | | | |
| | Spouse | HSIUNG, WEN-CHENG | | | |
| | Birthplace | Kaohsiung City, Taiwan, R.O.C. | | | |
| Relationship: 1st daughter | Name 熊珮宇 | HSIUNG, PEI-YU | | Remarks | I.D. Card was issued in 1986. The household was revised in 1997. |
| | Order of Birth | 1st female | | | |
| | Date of Birth | July 15, 1987 | I.D. Card No. | E223859339 | |
| | Father | HSIUNG, WEN-CHENG | | | |
| | Mother | TANG, CHIA-HUI | | | |
| | Spouse | (Blank) | | | |
| | Birthplace | Kaohsiung City, Taiwan, R.O.C. | | | |

- 1 -

# 中外翻譯企業股份有限公司
# UNIVERSE TRANSLATION SERVICE CORP.

高雄市801前金區一街19號5樓（企業家華廈）
電話：(07)2513955
傳真：(07)2810488

5F, No. 19, Chien-chin 1st St.,
Kaohsiung 801, Taiwan, R.O.C.
Tel (07) 2513955
Fax (07) 2810488

| Relationship: | Name | HSIUNG, YUEH-LING | | | Remarks | Born at Chien Hsin Hospital, |
|---|---|---|---|---|---|---|
| 2nd daughter | Order of Birth | 2nd female | | | | Kaohsiung City, Taiwan, R.O.C. and it |
| | Date of Birth | May 25, 1998 | I.D. Card No. | E224782042 | | was registered on June 1, 1998 |
| | Father | HSIUNG, WEN-CHENG | | | | |
| | Mother | TANG, CHIA-HUI | | | | |
| | Spouse | (Blank) | | | | |
| | Birthplace | Kaohsiung City, Taiwan, R.O.C. | | | | |

This extract is a true and correct copy of the original entries in the Household Register filed with Household Registry of the Census Administration Office of Ku Shan Dist., Kaohsiung City, Taiwan, R.O.C.

Chief      : LIN, MING-TU
Date       : June 1, 1998
File No.   : Kao-Shih-Ku-Hu-Teng-Tzu No. (Chia) 507121



JUN 3 0 1998



RLRP21A0

# 戶籍謄本

戶別：共同生活戶

戶號：E4881346

| 項目 | 內容 | 記事 |
|---|---|---|
| 里鄰 地址 | 高雄市鼓山區裕豐里020鄰 | |
| 戶長 變更及記事 | 原住高雄市左營區惠果街11鄰惠愛里1評1巷1號之3號 民國84年12月26日遷入 民國84年2月3日遷入地址變更。 | 75年編設。 86年戶校。 |
| 稱謂：戶長 姓名：熊文正 出生別： 出生日期：民國047年04月10日 統一編號：E120495742 父：熊省三 母：熊房平珍 | | 非記 |
| 配偶：熊家慧 出生地：高雄市 | | |
| 稱謂：妻 姓名：熊家慧 出生別： 出生日期：民國048年04月10日 統一編號：E220173270 父：熊修雯 母：熊端珞 | | 75年編設。印登。86年戶校。 非記 |
| 配偶：熊文正 出生地：高雄市 | | |
| 稱謂： 姓名：熊顯宇 出生別：女 出生日期：民國076年07月15日 統一編號：E223859339 父：熊文正 母： | | 75年領證。 86年戶校。 非記 |

原住雄蜂雷里14
86年戶校。
84年10月09

(印) 0001

RLRP21E0

戶籍謄本

戶長姓名：熊文正 民國 87 年 6 月 1 日申請。

住高雄市健新器研院出生

0002

| 戶號：E4881346 | | | |
|---|---|---|---|
| 姓名 | 熊月翔 | | |
| 出生別 | 次女 | | 記 |
| 出生日期 | 民國 087年 05月 25日 | 統一編號 E224782042 | 事 |
| 父 | 熊文正 | | |
| 母 | 忠家慧 | | |
| 配偶 | | | |
| 出生地 | 高雄市 | | |
| 稱謂：次女 | | | |
| 姓名 | | | 記 |
| 出生別 | | | |
| 出生日期 | 年 月 日 | 統一編號 | 事 |
| 父 | | | |
| 母 | | | |
| 配偶 | | | |
| 出生地 | | | |
| 稱謂： | | | |
| 姓名 | | | 記 |
| 出生別 | | | |
| 出生日期 | 年 月 日 | 統一編號 | 事 |
| 父 | | | |
| 母 | | | |
| 配偶 | | | |
| 出生地 | | | |
| 稱謂： | | | |
| 姓名 | | | 記 |
| 出生別 | | | |
| 出生日期 | 年 月 日 | 統一編號 | 事 |
| 父 | | | |
| 母 | | | |
| 配偶 | | | |
| 出生地 | | | |
| 稱謂： | | | |

# EXHIBIT 3

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-04-205-54340 | | CASE TYPE I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE<br>July 19, 2004 | PRIORITY DATE | PETITIONER<br>SCIENCE APPLICATIONS INTL CORP |
| NOTICE DATE<br>August 20, 2004 | PAGE<br>1 of 1 | |

| | |
|---|---|
| LINDA W. LAU<br>LAW OFFICES OF LINDA W LAU<br>RE: SCIENCE APPLICATIONS INTL CORP<br>350 S FIGUEROA ST STE 760<br>LOS ANGELES CA 90071 | Notice Type: Amended Approval Notice<br>Class: H1B2<br>Valid from 08/03/2004 to 07/19/2009 |

The above petition has been approved, and notification has been sent to the listed consulate. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about visa issuance. THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

Petition approval does not authorize employment. When the workers are granted status based on this petition they can then work for the petitioner, but only as detailed in the petition and for the period authorized. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment also require a new petition. Include a copy of this notice with any other required documentation.

If any of the worker(s) included in this petition do not actually enter the United States, substitutions of different workers are not made, the petitioner must notify this office so the allocated nonimmigrant visa numbers can be re-used.

Number of workers: 1
| Name | DOB | COB | Class | Consulate or POE | OCC Code |
|---|---|---|---|---|---|
| HSIUNG, WEN CHENG | 04/10/1958 | TAIWAN | H1B2 | TAIPEI AIT | 014 |

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283
Form I797B (Rev. 09/07/93)N

Please tear off portion below and forward it to the alien worker.

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

Receipt#: WAC-04-205-54340          Case Type: I129
Notice Date: August 20, 2004          Petitioner: SCIENCE APPLICATIONS INTL CORP
Petition Validity Dates: 08/03/2004 through 07/19/2009          Number of Workers: 1
| Name | DOB | COB | Class | Consulate or POE | OCC Code |
|---|---|---|---|---|---|
| HSIUNG, WEN CHENG | 04/10/1958 | TAIWAN | H1B2 | TAIPEI AIT | 014 |

Form I 797B (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I129 |
|---|---|---|
| WAC-04-205-54340 | PETITION FOR A NONIMMIGRANT WORKER | |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| July 19, 2004 | | SCIENCE APPLICATIONS INTL CORP |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| July 21, 2004 | 1 of 1 | HSIUNG, WEN CHENG |

SCIENCE APPLICATIONS INTL CORP
C/O GEORGE B REITER VP/GRP HR DIRECTOR
10260 CAMPUS POINT DR
SAN DIEGO CA 92121

**Notice Type:** Approval Notice
Consulate: TAIPEI AIT

Courtesy Copy: Original sent to: LAU, LINDA W

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

---

The above petition has been approved, and notification has been sent to the listed consulate. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about visa issuance. THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

Petition approval does not authorize employment. When the workers are granted status based on this petition they can then work for the petitioner, but only as detailed in the petition and for the period authorized. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment also require a new petition. Include a copy of this notice with any other required documentation.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 11/28/03) N

Departure Number

**701115452 07**

Immigration and
Naturalization Service

**I-94**
**Departure Record**

H1B
03/4-2009

Family Name
H.S.I.U.N.G.

First (Given) Name
W.E.N. C.H.E.N.G.

Birth Date (Day/Mo/Yr)
1.0.0.4.5.8

Country of Citizenship
T.A.I.W.A.N.



VISA          UNITED STATES OF AMERICA

Issuing Post Name
TAIPEI

Control Number
20042474520001

Surname
HSIUNG

Given Name
WEN CHENG

Visa Type /Class
R    H1B

Passport Number
210668703

Sex
M

Birth Date
10APR1958

Nationality
TWAN

Entries
M

Issue Date
09SEP2004

Expiration Date
19JUL2009          0101

Annotation
H1B2
SAN DIEGO CA          70191904
PN-SCIENCE APPLICATIONS INTL CORP
P#-WAC0420554340          PED 19JUL2009

VNUSAHSIUNG<<WEN<CHENG<<<<<<<<<<<<<<<<<<<<<<
2106687037TWN5804100M0907198H8TAI050DW722883

210668703

中華民國外交部部長茲請各國有關機關
對持用本護照之中華民國國民允予自由
通行，并請必要時儘量予以協助及保護。

*The Minister of Foreign Affairs of the Republic of China
requests all whom it may concern to permit the national of
the Republic of China named herein to pass freely and in
case of need to give all possible aid and protection.*



（持照人簽名）　（SIGNATURE OF BEARER）

護　照　中華民國 REPUBLIC OF CHINA
PASSPORT



類式 / Type　代碼 / Code　護照號碼 / Passport N.
P　　　　　W　　　210668703
姓名 / Name (Surname, Given name.s.)
熊文正　HSIUNG, WEN-CHENG
國籍 / Nationality　　身分證號 / Personal Id. No.
REPUBLIC OF CHINA　E120495742
性別 / Sex　　生日(日/月/年) / Date of birth
M　　　　　　10 APR 1958
發照日期 / Date of issue　出生地 / Place of birth
11 MAR 2004　　KAOHSIUNG CITY
效期截止 / Date of expiry
11 MAR 2014
發照機關 / Authority
MINISTRY OF FOREIGN AFFAIRS





P<TWNHSIUNG<<WEN<CHENG<<<<<<<<<<<<<<<<<<<<<<
2106687037TWN5804100M1403114E120495742<<<84

# EXHIBIT 4

Departure Number

OMB No. 1651-0111

223104274    12

I-94
Departure Record

H4
July 19, 2009

Family Name

First (Given) Name

Birth Date (Day/Mo/Yr)

Country of Citizenship

A

CBP Form I-94 (10/04)

UNTIL

VISA    UNITED STATES OF AMERICA

Issuing Post Name
TAIPEI

Control Number
20042546060001

Surname
TANG

Given Name
CHIA HUI

Visa Type /Class
R    H4

Passport Number
210678496

Sex
F

Birth Date
10APR1959

Nationality
TWAN

Entries
M

Issue Date
10SEP2004

Expiration Date
19JUL2009

1010

Annotation
SAN DIEGO CA
DEP OF HSIUNG, WEN CHENG
PN-SCIENCE APPLICATIONS INTL CORP
P#-WAC0420554340

68171222

PED 19JUL2009

VNUSATANG<<CHIA<HUI<<<<<<<<<<<<<<<<<<<<<<<<
2106784969TWN5904103F0907198H4TAI05P6R433913

210678496

中華民國外交部請各國有關機關
對持用本護照之中華民國國民允予自由
通行，并請必要時儘可能子以協助及保護。

*The Minister of Foreign Affairs of the Republic of China*
*requests all whom it may concern to permit the national of*
*the Republic of China named herein to pass freely and in*
*case of need to give all possible aid and protection.*



（ 持 照 人 簽 名 ）　（ *SIGNATURE OF BEARER* ）

THIS PASSPORT CONTAINS 48 PAGES



護　　照　中華民國 REPUBLIC OF CHINA
PASSPORT

| 類別 / Type | 國別 / Code | 護照號碼 / Passport No. |
|---|---|---|
| P | TWN | 210678496 |

姓名 / Name (Surname, Given names)
唐家慧 TANG, CHIA-HUI

國籍 / Nationality　　　　　　　身分證統一編號 / Personal Id. No.
REPUBLIC OF CHINA　　　E220173270

性別 / Sex　　F
出生日期 / Date of birth　10 APR 1959

發照日期 / Date of issue　　　出生地 / Place of birth
17 MAR 2004　　　KAOHSIUNG CITY

效期截止日期 / Date of expiry
17 MAR 2014

發照機關 / Authority
MINISTRY OF FOREIGN AFFAIRS

P<TWNTANG<<CHIA<HUI<<<<<<<<<<<<<<<<<<<<<<<<<
2106784969TWN5904103F1403170E220173270<<<08



VISAS

簽證

Family Name
HSIUNG

First (Given) Name
PEI YU

Country of Citizenship
TAIWAN R.o.C

Birth Date (Day/Mo/Yr)
15.07.87

I-94
Departure Record

Immigration and
Naturalization Service

H4

29 JULY 2009

Departure Number:

22310425612



**VISA** | **UNITED STATES OF AMERICA**

Issuing Post Name
TAIPEI

Control Number
20042546060002

Surname
HSIUNG

Given Name
PEI YU

Visa Type /Class
R    H4

Passport Number
210678495

Sex
F

Birth Date
15JUL1987

Nationality
TWAN

Entries
M

Issue Date
10SEP2004

Expiration Date
14JUL2008        0100

Annotation
SAN DIEGO CA
DEP OF HSIUNG. WEN CHENG
PN-SCIENCE APPLICATIONS INTL CORP
P#-WAC0420554340              PED 19JUL2009

68171223

VNUSAHSIUNG<<PEI<YU<<<<<<<<<<<<<<<<<<<<<<<<<
2106784958TWN8707154F0807140H4TAIO5P6S523239

中華民國外交部 ⬛⬛⬛ 請各國有關機關
對持用本護照之 ⬛⬛ 國國民允予自由
通行，并請必要 ⬛⬛ 時予以協助及保護。

*The Minister of Foreign Affairs of the Republic of China
requests all whom it may concern to permit the national of
the Republic of China named herein to pass freely and in
case of need to give all possible aid and protection.*

熊珮宇

持照人簽名　（SIGNATURE OF BEARER）

THIS PASSPORT CONTAINS 48 PAGES.



護照 中華民國 REPUBLIC OF CHINA
PASSPORT

型式/Type　代碼/Code　護照號碼/Passport No.
　　　　　　　　　　　210678495
姓名/Name (In full, Surname first)
熊珮宇　HSIUNG, PEI-YU
國籍/Nationality　　身分證統一編號/Personal Id. No.
REPUBLIC OF CHINA　E223859339
性別/Sex　　　出生日期/Date of Birth
女 F　　　　　15 JUL 1987
發照日期/Date of Issue　出生地/Place of Birth
17 MAR 2004　　KAOHSIUNG CITY
效期截止日期/Date of Expiry　發照機關/Authority
17 MAR 2014
MINISTRY OF FOREIGN AFFAIRS

P<TWNHSIUNG<<PEI<YU<<<<<<<<<<<<<<<<<<<<<<<<<
2106784958TWN8707154F1403170E223859339<<<<42

Departure Number

2 2 3 1 0 4 2 6 5 1 2

Immigration and
Naturalization Service

I-94

**Departure Record**

H 4

29 JULY 2009

. Family Name

H S i U N G

First (Given) Name

Y U E H   L i N G

Birth Date (Day/Mo/Yr)

2 5 0 5 9 8

. Country of Citizenship

T A i W A N   R O C

UNTIL

**VISA**     UNITED STATES OF AMERICA

Issuing Post Name

TAIPEI

Control Number

20042474570001

Surname

HSIUNG

Given Name

YUEH LING

Visa Type /Class

R   H4

Passport Number

210678504

Sex

F

Birth Date

25MAY1998

Nationality

TWAN

Entries

M

Issue Date

09SEP2004

Expiration Date

19JUL2009     0110

Annotation

SAN DIEGO CA
DEP OF HSIUNG WEN CHENG
PN-SCIENCE APPLICATIONS INTL CORP
P#-WAC0420554340          PED 19JUL2009

70191903

* *

VNUSAHSIUNG<<YUEH<LING<<<<<<<<<<<<<<<<<<<<<<
2106785047TWN9805253F0907198H4TAI050DX611337

210678504

中華民國外交部請各國有關機關
對持用本護照之中華民國國民允予自由
通行，并請必要時給與協助及保護。

*The Minister of Foreign Affairs of the Republic of China*
*requests all whom it may concern to permit the national of*
*the Republic of China named herein to pass freely and in*
*case of need to give all possible aid and protection.*

（持照人簽名）　（*SIGNATURE OF BEARER*）

THIS PASSPORT CONTAINS 48 PAGES



護　照　中華民國 REPUBLIC OF CHINA
PASSPORT

類別/Type　代碼/Code　護照號碼/Passport No.
P　　TWN　　210678504

姓名/Name (Surname, Given names)
熊月翎　HSIUNG, YUEH-LING

國籍/Nationality　　　　身分證統一編號/Personal Id. No.
REPUBLIC OF CHINA　　E224782042

性別/Sex　　　出生日期/Date of birth
F　　　　　　25 MAY 1998

發照日期/Date of issue　　出生地/Place of birth
17 MAR 2004　　　　KAOHSIUNG CITY

效期截止日期/Date of expiry
17 MAR 2009

發照機關/Authority
MINISTRY OF FOREIGN AFFAIRS

P<TWNHSIUNG<<YUEH<LING<<<<<<<<<<<<<<<<<<<<<
2106785047TWN9<<5253F0903178E224782042<<<54

# EXHIBIT  5

**U.S. Department of Labor**   **Employment and Training Administration**
Chicago Processing Center
844 N. Rush Street
12th Floor
Chicago, IL 60611



September 05, 2006

SCIENCE APPLICATIONS              ETA Case Number:   C-06199-40186
INTERNATIONAL CORPORATION
c/o Law Offices of Linda W. Lau
Linda W. Lau
350 S. Figueroa Street # 760                    Alien's Name:   WEN CHENG HSIUNG
Los Angeles, CA 90071                             Occupation:   Computer Systems Analysts, 15-
                                                                1051.00
                                        Date of Acceptance for
                                                 Processing:   August 30, 2006

Dear SCIENCE APPLICATIONS INTERNATIONAL CORPORATION

The Department of Labor has made a determination on your Application for Permanent Employment
Certification (ETA Form 9089) pursuant to 20 CFR 656.24 and as required by the Immigration and
Nationality Act, as amended.

**Form ETA 9089 has been certified and is enclosed.** This certification must be attached to the I-140
petition and filed with the appropriate office of the United States Citizenship and Immigration Services
(USCIS).

Sincerely,

Dominic Pavese
Certifying Officer

CC: SCIENCE APPLICATIONS INTERNATIONAL CORPORATION
Enclosure(s): ETA Form 9089

# EXHIBIT  6

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER** LIN-07-026-50384 | **CASE TYPE** I140 | |
| | IMMIGRANT PETITION FOR ALIEN WORKER | |
| **RECEIPT DATE** November 3, 2006 | **PRIORITY DATE** August 30, 2006 | **PETITIONER** SCI APPLICATIONS INTL CORP |
| **NOTICE DATE** November 6, 2006 | **PAGE** 1 of 1 | **BENEFICIARY** A099 876 156 HSIUNG, WEN CHENG |

| | |
|---|---|
| LINDA W. LAU<br>LAW OFFICES OF LINDA W LAU<br>350 S FIGUEROA STREET SUITE 760<br>LOS ANGELES CA 90071 | **Notice Type:** Approval Notice<br>**Section:** Mem of Profession w/Adv Deg, or<br>of Exceptn'l Ability<br>Sec.203(b)(2) |

The above petition has been approved.  The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797 (Rev. 01/31/05) N

# EXHIBIT 7

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>LIN-07-026-50404 | **CASE TYPE** I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE**<br>November 1, 2006 **PRIORITY DATE** | **APPLICANT** A99 876 156<br>HSIUNG, WEN CHENG |
| **NOTICE DATE**<br>November 3, 2006 **PAGE** 1 of 1 | |

| | |
|---|---|
| LINDA W. LAU<br>LAW OFFICES OF LINDA W LAU<br>350 S FIGUEROA STREET SUITE 760<br>LOS ANGELES CA 90071 | **Notice Type:** Receipt Notice<br><br>Amount received: $ 395.00<br>Section: Adjustment as direct<br>           beneficiary of immigrant<br>           petition |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

| |
|---|
| Please see the additional information on the back.  You will be notified separately about any other cases you filed.<br>NEBRASKA SERVICE CENTER<br>U. S. IMMIG. & NATZ. SERVICE<br>P.O. BOX 82521<br>LINCOLN NE 68501-2521<br>**Customer Service Telephone: 800-375-5283**         |

# EXHIBIT  8

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-07-026-50415 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>November 1, 2006 | PRIORITY DATE | APPLICANT   A99 876 157<br>TANG, CHIA HUI |
| NOTICE DATE<br>November 3, 2006 | PAGE<br>1 of 1 | |

| | |
|---|---|
| LINDA W. LAU<br>LAW OFFICES OF LINDA W LAU<br>350 S FIGUEROA STREET SUITE 760<br>LOS ANGELES CA 90071 | Notice Type:  Receipt Notice<br><br>Amount received: $  395.00<br><br>Section: Derivative adjustment |

**Receipt notice**   If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT**-
Please bring your biometrics appointment letter (with specific time, date and place where you will have your
**fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
Acceptable kinds of photo identification are:
- **a passport or national photo identification issued by your country,**
- **a drivers license,**
- **a military photo identification, or**
- **a state - issued photo identification card.**

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-07-026-50428 | | CASE TYPE   I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>November 1, 2006 | PRIORITY DATE | APPLICANT    A99 876 158<br><br>HSIUNG, PEI YU |
| NOTICE DATE<br>November 3, 2006 | PAGE<br>1 of 1 | |

| | |
|---|---|
| LINDA W. LAU<br>LAW OFFICES OF LINDA W LAU<br>350 S FIGUEROA STREET SUITE 760<br>LOS ANGELES CA 90071 | **Notice Type:**  Receipt Notice<br><br>Amount received: $  395.00<br><br>Section: Derivative adjustment |

**Receipt notice**   If any of the above information is incorrect, call customer service immediately.

**Processing time**   Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change.  If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition**   USCIS is now processing Form I 130, Petition for Alien Relative, as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT.  You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.  You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing.  This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 01/31/05) N

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-07-026-50435 | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE<br>November 1, 2006 | PRIORITY DATE | APPLICANT A99 876 159<br>HSIUNG, YUEH LING |
| NOTICE DATE<br>November 3, 2006 | PAGE<br>1 of 1 | |

| LINDA W. LAU<br>LAW OFFICES OF LINDA W LAU<br>350 S FIGUEROA STREET SUITE 760<br>LOS ANGELES CA 90071 | Notice Type: Receipt Notice<br><br>Amount received: $ 225.00<br><br>Section: Derivative adjustment |
|---|---|

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.

- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



# EXHIBIT  9

U.S Citizenship and Immigration Services - Case Status Service Online                Page 1 of 4



Home   Contact Us   Site Map   FAQ

Search   
Advanced Search

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |

---

Print This Page   |   Back

# U.S. Citizenship and Immigration Services
# Nebraska Service Center Processing Dates
# Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Nebraska Service Center** Posted November 14, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|---------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | January 16, 2007 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultural Workers (SAW) | 6 Months |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | July 20, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in | 2 Months |

| | | the U.S. | |
|---|---|---|---|
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | May 23, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | May 23, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | July 03, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | February 18, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | July 03, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | November 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | February 15, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | January 01, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | November 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | March 21, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | September 26, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | January 01, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | November 05, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | April 17, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | April 14, 2007 |

U.S Citizenship and Immigration Services - Case Status Service Online

Page 3 of 4

| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | February 01, 2007 |
|---|---|---|---|
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | December 08, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 10, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | April 08, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | September 16, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 27, 2007 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | July 03, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | January 20, 2007 |

Print This Page     Back

https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=NSC

12/3/2007

U.S. Department of Homeland Security

# EXHIBIT 10

# THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER<br>LIN0702650404 | | NOTICE DATE<br>12/12/2006 |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A099876156 | CODE<br>3 |
| | TCR | SERVICE CENTER<br>NSC | PAGE<br>1 of 1 |

WEN CHENG HSIUNG
c/o LINDA   LAU
LAW OFFICES OF LINDA W LAU
350 S FIGUEROA ST SUITE 760
LOS ANGELES, CA 90071



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**

USCIS SAN MARCOS
727 W. SAN MARCOS BLVD.
SUITE 101, 102 (106 temp)
SAN MARCOS, CA 92069

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
01/03/2007
10:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available:   ☐ Wednesday afternoon     ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to
USCIS SAN MARCOS,  727 W. SAN MARCOS BLVD.,  SUITE 101, 102 (106 temp),  SAN MARCOS, CA  92069

**APPLICATION NUMBER 1**

I485     -  LIN0702650404



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | | APPLICATION NUMBER<br>LIN0702650415 | | NOTICE DATE<br>12/12/2006 |
|---|---|---|---|---|
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A#<br>A099876157 | CODE<br>3 |
| | | TCR | SERVICE CENTER<br>NSC | PAGE<br>1 of 1 |

CHIA HUI TANG
c/o LINDA  LAU
LAW OFFICES OF LINDA W LAU
350 S FIGUEROA ST SUITE 760 ª
LOS ANGELES, CA 90071



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SAN MARCOS | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 727 W. SAN MARCOS BLVD. | |
| SUITE 101, 102 (106 temp) | **DATE AND TIME OF APPOINTMENT** |
| SAN MARCOS, CA 92069 | 01/03/2007 |
| | 10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

---

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice for your records, then mail the orginal with your request to USCIS SAN MARCOS,  727 W. SAN MARCOS BLVD.,  SUITE 101, 102 (106 temp),  SAN MARCOS, CA  92069

APPLICATION NUMBER 1

I485     -  LIN0702650415



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

# ASC Appointment Notice

| | APPLICATION NUMBER<br>LIN0702650428 | | NOTICE DATE<br>12/12/2006 |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A099876158 | CODE<br>3 |
| | TCR | SERVICE CENTER<br>NSC | PAGE<br>1 of 1 |

PEI YU HSIUNG
c/o LINDA   LAU
LAW OFFICES OF LINDA W LAU
350 S FIGUEROA ST SUITE 760
LOS ANGELES, CA 90071



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SAN MARCOS<br>727 W. SAN MARCOS BLVD.<br>SUITE 101, 102 (106 temp)<br>SAN MARCOS, CA 92069 | . PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br><br>DATE AND TIME OF APPOINTMENT<br>01/03/2007<br>10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:   ☐ Wednesday afternoon     ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice for your records, then mail the orginal with your request to USCIS SAN MARCOS,  727 W. SAN MARCOS BLVD.,  SUITE 101, 102 (106 temp),  SAN MARCOS,  CA  92069

APPLICATION NUMBER I
I485    - LIN0702650428



If you have any questions regarding this notice, please call 1-800-375-5283.

## WARNING! .

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action



# THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|---|
| | LIN0702650435 | | 2/9/2007 |
| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| I485  Application to Register Permanent Resident or Adjust Status | | A099876159 | 2 |
| | TCR | SERVICE CENTER | PAGE |
| | | NSC | 1 of 1 |

YUEH LING HSIUNG
c/o LINDA   LAU
LAW OFFICES OF LINDA W LAU
350 S FIGUEROA ST SUITE 760
LOS ANGELES, CA 90071



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SAN MARCOS | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 727 W. SAN MARCOS BLVD. | **DATE AND TIME OF APPOINTMENT** |
| SUITE 101, 102 (106 temp) | 02/24/2007 |
| SAN MARCOS, CA 92069 | 11:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED..**

---

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice for your records, then mail the original with your request to USCIS SAN MARCOS,  727 W. SAN MARCOS BLVD.,  SUITE 101, 102 (106 temp),  SAN MARCOS,  CA  92069

---

APPLICATION NUMBER I

I485      -  LIN0702650435



If you have any questions regarding this notice, please call 1-800-375-5283.

---

WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Wen-Cheng Hsiung,  Chia Hui Tang,  Pei Yu Hsiung,
Yueh Ling Hsiung

## DEFENDANTS

USCIS, Michael MUKASEY, Dept. of Homeland Security, Michael
Chertoff; USCIS, FBI, Robert S. Mueller III, et al.;

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Washington, DC
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Linda W. Lau, Law Offices of Linda W. Lau, World Trade Center, 350 S.
Figueroa Street, Ste. 760, Los Angeles, CA 90071

Attorneys (If Known)

**'07 CV 2418 BTM JMA**

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

☐ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        (U.S. Government Not a Party)

☒ 2   U.S. Government
        Defendant

☐ 4   Diversity
        (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

☒ 1 Original
        Proceeding

☐ 2 Removed from
        State Court

☐ 3 Remanded from
        Appellate Court

☐ 4 Reinstated or
        Reopened

☐ 5 Transferred from
        another district
        (specify)

☐ 6 Multidistrict
        Litigation

☐ 7 Appeal to District
        Judge from
        Magistrate
        Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
5 U.S.C. Section 701 et. seq.

Brief description of cause:
Complaint for Madamus to compel Defendants to adjudicate Plaintiffs' Applications for Adjustment of Status

## VII. REQUESTED IN    COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S)    IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
12/21/2007

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  145935    AMOUNT  $350 12/27/07 BY    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 145935   — BH
* * C O P Y * *
December 27, 2007
15:17:55**

**Civ Fil Non-Pris**
USAO #.: 07CV2418 CIVIL FILING
Judge..: BARRY T MOSKOWITZ
Amount.:                $350.00 CK
Check#.: BC# 189

**Total—> $350.00**

FROM: CIVIL FILING
      HSIUNG V. USCIS