Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Wen-Cheng Hsiung, Chia Hui Tang,
Pei Yu Hsiung, Yueh Ling Hsiung

vs

See Attached

SUMMONS IN A CIVIL ACTION
Case No. '07 CV 2418 BTM JMA



FILED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Linda W. Lau, Law Offices of Linda W. Lau
350 S. Figueroa Street, Suite 760
Los Angeles, CA 90071

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                   DEC 2 6 2007
_____                    _____
        CLERK                                                    DATE

By _____P. DELA CRUZ_____ Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Linda W. Lau (CA State Bar No. 135064)
Tina Bay (CA State Bar No. 229398)
Law Offices of Linda W. Lau
350 South Figueroa St., Suite 760
Los Angeles, CA 90071
Tel.: 213-830-9933
Fax: 213-830-9930
Linda@LindaLau.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wen-Cheng Hsiung<br>Chia Hui Tang<br>Pei Yu Hsiung<br>Yueh Ling Hsiung,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation;<br>GERARD HEINAUER, Acting Director, Nebraska Service Center, USCIS;<br>EMILIO T. GONZALEZ, Director, USCIS;<br>PAUL PIERRE, District Director, USCIS;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>MICHAEL MUKASEY, Attorney General, Department of Justice<br><br>　　　　Defendants. | **Civil Action No.**<br><br>**'07 CV 2418 BTM JMA**<br><br>**COMPLAINT FOR MANDAMUS**<br><br>**Immigration Case**<br><br>**USCIS Agency Nos.:**<br>**A99 876 156**<br>**A99 876 157**<br>**A99 876 158**<br>**A99 876 159** |

*Hsiung v. Mueller*
COMPLAINT FOR MANDAMUS- 1