1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEN-CHENG HSIUNG, CHIA HUI TANG, PEI YU HSIUNG, YUEH LING HSIUNG, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; GERARD HEINAUER, Acting Director, Nebraska Service Center, USCIS; EMILIO T. GONZALEZ, Director, USCIS; PAUL PIERRE, District Director, USCIS, MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL MUKASEY, Attorney General, <br><br> Defendants. | Case No. 07cv2418 BTM (JMA) <br><br> JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING <br><br> [Fed.R.Civ.P. 6(b)(1)] |

COME NOW THE PARTIES, Plaintiffs Wen-Cheng Hsiung, et al., by and through counsel, Linda W. Lau, and Defendants Robert S. Mueller, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants' responsive pleading. The parties are working toward an extrajudicial resolution of Plaintiffs' complaint, and the parties have agreed that additional time is required before Defendants' filing of any responsive pleading in order to pursue resolution of Plaintiffs' claims without the intervention of the Court. In order to address Plaintiffs' claims and

1  without waiving Defendants' rights to defend the causes of actions and allegations, including the right
2  to file any FED. R. CIV. P. 12 motions to dismiss, the parties jointly request this extension of time. Based
3  upon the foregoing, it is respectfully requested that the Court enter an order, under FED. R. CIV. P.
4  6(b)(1), expanding the time for the filing of Defendants' responsive pleading until **April 10, 2008**.

6  DATED: March 3, 2008                s/ Linda W. Lau
7                                       _____
                                         LINDA W. LAU
                                         Attorney for Plaintiffs
8                                        E-Mail: linda@lindalau.net

9  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
10 of the United States District Court for the Southern District of California, I certify that the content of
11 this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization from
12 Linda W. Lau to affix her electronic signature to this document.

14 DATED: March 3, 2008                KAREN P. HEWITT
                                         United States Attorney
15
                                         s/ Caroline J. Clark
16                                       _____
                                         CAROLINE J. CLARK
17                                       Assistant United States Attorney
                                         Attorneys for Defendants
18                                       E-Mail: caroline.clark@usdoj.gov