1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 WEN-CHENG HSIUNG, CHIA HUI)          Case No. 07cv2418 BTM (JMA)
   TANG, PEI YU HSIUNG, YUEH LING)
11 HSIUNG,                      )
                                )
12              Plaintiffs,      )
                                )
13       v.                      )          CERTIFICATE OF SERVICE
                                )
14 ROBERT S. MUELLER, III, Director,)
   Federal Bureau of Investigation; GERARD)
15 HEINAUER, Acting Director, Nebraska)
   Service Center, USCIS; EMILIO T.)
16 GONZALEZ, Director, USCIS; PAUL)
   PIERRE, District Director, USCIS, )
17 MICHAEL CHERTOFF, Secretary,)
   Department of Homeland Security;)
18 MICHAEL MUKASEY, Attorney General,)
                                )
19              Defendants.      )
   _____)

20

21 IT IS HEREBY CERTIFIED THAT:

22      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party
23 to the above-entitled action. I have caused service of: **JOINT MOTION TO EXTEND TIME FOR
   FILING OF RESPONSIVE PLEADING** on the following party by electronically filing the foregoing
24 with the Clerk of the District Court using its ECF System, which electronically provides notice.

25      Linda W. Lau, Esq.
        Attorney for Plaintiffs
26      E-Mail: linda@lindalau.net
        I declare under penalty of perjury that the foregoing is true and correct.
27
        Executed on March 3, 2008.
28                                              s/ Caroline J. Clark
                                                Caroline J. Clark