UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEN-CHENG HSIUNG, CHIA HUI TANG, PEI YU HSIUNG, YUEH LING HSIUNG,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; GERARD HEINAUER, Acting Director, Nebraska Service Center, USCIS; EMILIO T. GONZALEZ, Director, USCIS; PAUL PIERRE, District Director, USCIS, MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL MUKASEY, Attorney General,<br><br>　　　　　　Defendants. | Case No. 07cv2418 BTM (JMA)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING<br><br><br>[Docket No. 3] |

　　Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading (Docket No. 3) and finding the joint motion meritorious, the Court GRANTS the motion for extension of time and ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in which Defendants shall file their answer or responsive pleading in the above captioned matter is extended until April 10, 2008.

　　**IT IS SO ORDERED.**

DATED: March 4, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge