1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 WEN-CHENG HSIUNG, CHIA HUI )   Case No. 07cv2418 BTM (JMA)
   TANG, PEI YU HSIUNG, YUEH LING)
11 HSIUNG,                        )
                                  )
12           Plaintiffs,           )
                                  )
13      v.                        )   JOINT MOTION TO DISMISS COMPLAINT
                                  )
14 ROBERT S. MUELLER, III, Director,)
   Federal Bureau of Investigation; GERARD)
15 HEINAUER, Acting Director, Nebraska)
   Service Center, USCIS; EMILIO T.)
16 GONZALEZ, Director, USCIS; PAUL)
   PIERRE, District Director, USCIS, )
17 MICHAEL CHERTOFF, Secretary,)
   Department of Homeland Security;)
18 MICHAEL MUKASEY, Attorney General,)
                                  )
19           Defendants.           )
                                  )
20

21     COME NOW THE PARTIES, Plaintiffs Wen-Cheng Hsiung, et al., by and through counsel,

22 Linda W. Lau, and Defendants Robert S. Mueller, et al., by and through their counsel, Karen P. Hewitt,

23 United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move

24 the Court to dismiss this complaint as moot.

25     The parties have resolved the matters alleged in Plaintiffs' complaint as Defendant USCIS has

26 adjudicated Plaintiffs' applications for adjustment of status. The parties agreed that the above-captioned

27 case would be dismissed in its entirety. The parties further agreed that each party will bear its own fees

28 and costs of suit.

Therefore, the parties respectfully request that the Court enter an order dismissing the complaint as moot.

DATED: 04/03/2008

_____
LINDA W. LAU
Attorney for Plaintiffs
E-Mail: linda@lindalau.net

DATED: 4/7/08

KAREN P. HEWITT
United States Attorney

_____
CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov