| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | CAROLINE J. CLARK<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 220000<br>Office of the U.S. Attorney |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7491<br>Facsimile: (619) 557-5004 |
| 6 | E-mail: caroline.clark@usdoj.gov |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WEN-CHENG HSIUNG, et al., | ) | Case No. 07cv2418 BTM (JMA) |
| Plaintiffs, | ) | |
| v. | ) | |
| ROBERT S. MUELLER, III, Director,<br>Federal Bureau of Investigation, et al., | ) | CERTIFICATE OF SERVICE |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Ana Strutton, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of: **JOINT MOTION TO DISMISS COMPLAINT** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the U.S. Postal Service, to the following non-ECF participants in this case:

Linda Wong Lau
Law Offices of Linda W. Lau
350 South Figueroa St., Suite 760
Los Angeles, CA 90071

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2008.

*/s/ Ana Strutton*
Ana Strutton