# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEN-CHENG HSIUNG, CHIA HUI TANG, PEI YU HSIUNG, YUEH LING HSIUNG, <br><br>  Plaintiffs, <br><br> v. <br><br> ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; GERARD HEINAUER, Acting Director, Nebraska Service Center, USCIS; EMILIO T. GONZALEZ, Director, USCIS; PAUL PIERRE, District Director, USCIS, MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL MUKASEY, Attorney General, <br><br> Defendants. | Case No. 07cv2418 BTM (JMA) <br><br> ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT <br><br><br> [Docket No. 6] |

Having considered the parties' Joint Motion to Dismiss Complaint (Docket No.6), finding that the parties stipulate to dismissal, and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS under Federal Rule of Civil Procedure 41(a)(1) that the complaint is DISMISSED.

**IT IS SO ORDERED.**

**DATED: April 9, 2008**

**Honorable Barry Ted Moskowitz**
**United States District Judge**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28